UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:05-cr-00055-JPH-MJD |
| | ) | |
| JOSE OCHOA, | ) | -01 |
| | ) | |
| Defendant. | ) | |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☒ DENIED.

☐ DENIED WITHOUT PREJUDICE.

☐ OTHER:

☒ FACTORS CONSIDERED: See attached opinion.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | No. 1:05-cr-00055-JPH-MJD |
| JOSE OCHOA, Defendant. | ) | -01 |

**ORDER**

Defendant Jose Ochoa has filed a second motion seeking compassionate release under § 603 of the First Step Act of 2018, which is codified at 18 U.S.C. § 3582(c)(1)(A). Dkt. 20. For the reasons explained below, his motion for compassionate release is **DENIED**.

Mr. Ochoa is serving a 322-month sentence for one count of conspiracy with intent to distribute methamphetamine, one count of possession with intent to distribute methamphetamine, and one count of carrying a firearm in relation to a drug trafficking crime. Mr. Ochoa previously moved for compassionate release on the basis that his sentence was unusually long. Dkt. 12. The Court denied Mr. Ochoa's motion because he had not identified a change in the law that would have resulted in a shorter sentence, and, even if he had, the Seventh Circuit had made it clear that judges should not rely on non-retroactive changes in statute or case law when deciding whether a prisoner presented "extraordinary and compelling reasons" for release. *See* dkt. 16 at 5–7 (citing *United States v.*

*Thacker*, 4 F.4th 569, 574 (7th Cir. 2021), *United States v. King*, 40 F.4th 594, 595 (7th Cir. 2022), and *United States v. Von Vader*, 58 F.4th 369, 371 (7th Cir. 2023)).

A little over a year after the Court's denial of his first motion, Mr. Ochoa filed a second motion, arguing that a change to 21 U.S.C. § 802(58), the statute defining a "serious drug felony," makes it so that he no longer would have been subject to the 20-year mandatory minimum for his sentencing enhancement. Dkt. 20 at 3. He relies on the United States Sentencing Commission's November 2023 amendment which added a new category related to "Unusually Long Sentence," which permitted a defendant to seek release based on nonretroactive changes to a sentencing scheme if the defendant had served at least 10 years of his sentence and the "change would produce a gross disparity between the sentence being served and the sentence likely to be imposed at the time the motion is filed[.]" U.S.S.G. § 1B1.13(b)(6). But in enacting § 401 of the First Step Act, Congress explicitly provided that new, shorter mandatory minimum sentences did not apply retroactively. In *Rutherford v. United States*, 608 U.S. 454, 146 S. Ct. 1320, 1330 (2026), the Supreme Court concluded that the Sentencing Commission's amended policy statement conflicted with Congress's intent and was therefore invalid. Thus, Mr. Ochoa is not entitled to release on this basis.

Mr. Ochoa also cites his good conduct and his participation in various programs in the BOP. Dkt. 20 at 4. While the Court commends Mr. Ochoa's rehabilitative efforts, it is what is expected of him, and "rehabilitation of the

defendant is not, by itself, an extraordinary and compelling reason for purposes of this policy statement." U.S.S.G. § 1B1.13(d).

**Conclusion**

For the reasons stated above, Jose Ochoa's motion for compassionate release, dkt. [20], is **DENIED**.

**SO ORDERED.**

Date: 10/26/2026

James Patrick Hanlon
United States District Judge
Southern District of Indiana

DISTRIBUTION:

Jose Ochoa
Reg. No. 07808-028
FCI Forrest City Low
Federal Correctional Institution
P.O. Box 9000
Forrest City, AR 72336

All Electronically Registered Counsel